IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY<br>OF HARTFORD a/s/o Church Home<br>of Hartford, Inc.<br><br>Plaintiff<br><br>vs.<br><br>THE WETHERELL CORPORATION<br><br>Defendant | CIVIL ACTION NO.:<br><br><br><br><br><br><br>**Jury Trial Demanded** |

## COMPLAINT

### PARTIES

1. Plaintiff, National Fire Insurance Company of Hartford, is a corporation duly organized and existing under the laws of the State of Illinois, with a principal place of business located at 333 S. Wabash Avenue, Chicago, Illinois, and at all times hereinafter mentioned was duly authorized to issue policies of property insurance in the State of Connecticut.

2. The Defendant herein, The Wetherell Corporation (hereinafter "Wetherell"), is a corporation duly organized and existing under the laws of the State of Connecticut, with a principal place of business located at 49 Shield Street, West Hartford, Connecticut, and at all times hereinafter mentioned was engaged in the business of, <u>inter alia</u>, sprinkler system design, installation, engineering and service.

## JURISDICTION AND VENUE

3. The jurisdiction of this Court is based upon diversity of citizenship pursuant to 28 U.S.C. § 1332. The matter in controversy exclusive of interest and costs, exceeds the sum of $75,000.00. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a).

## FACTS

4. At all times material hereto, the Plaintiff provided insurance coverage to Church Home of Hartford, Inc. covering the buildings and business personal property of the Seabury Retirement Community located at 200 Seabury Drive, Bloomfield, Connecticut (hereinafter the "Subject Premises").

5. The Defendant Wetherell designed, fabricated and installed the sprinkler system at the Subject Premises.

6. On July 29, 2009, a fire originated and occurred in the roof area of the natatorium section of the complex, causing substantial damage, business interruption losses and extra expenses to the Plaintiff's Insured.

7. Subsequent investigation revealed that there were no sprinkler heads located in the combustible concealed space in the roof vicinity of the natatorium which allowed the controllable fire to spread throughout the roof area.

8. Proper fire protection within the concealed space would have contained, controlled and/or extinguished the fire in its incipient stages.

9. The ability of the fire, heat and smoke to spread unchecked throughout the unsprinklered space resulted in fire, heat, water and smoke damage to the Plaintiff's Insured's property that would not otherwise have occurred.

10. Pursuant to the terms and conditions of the aforementioned insurance policy, the Plaintiff has made payments in an amount in excess of $7,000,000.00 to Church Home of Hartford, Inc. for damages directly and proximately caused by the fire.

11. As a result of the Plaintiff's aforesaid payments to Church Home of Hartford, Inc., pursuant to the contract of insurance and by operation of law, the Plaintiff is subrogated to the rights of Church Home of Hartford, Inc. against all parties responsible for the occurrence of said damages.

## COUNT I

12. The Plaintiff incorporates the allegations of Paragraphs 1 through 11 hereof as though fully set forth at length herein.

13. The spread of the fire referred to in paragraphs 7 through 9 hereof and the consequent damage sustained by the Plaintiff's Insured were caused by the negligence, carelessness and negligent omissions of the Defendant Wetherell, its agents, servants and/or employees including the professional engineers in its employ, acting within the course and scope of their employment in:

    a) failing to design the sprinkler system to comply with applicable codes, standards and practices regarding fire protection in concealed spaces at the Subject Premises;

b) failing to perform proper inspections and evaluation of the areas to be protected by the sprinkler system installed at the Subject Premises;

c) preparing incomplete and inaccurate drawings, blueprints, plans and specifications of the fire protection system at the Subject Premises;

d) failing to use reasonable care in the preparation, approval, interpretation, reading and/or issuance of plans, drawings and/or specifications relating to the fire sprinkler system;

e) misrepresenting that the space occupied by the Plaintiff's Insured was fully sprinklered in accordance with applicable codes, standards and practices regarding fire protection;

f) failing to recognize and/or warn of conditions which created a foreseeable risk of fire damage in spite of numerous inspections between the date the sprinkler system was installed and the date of the fire;

g) failing to properly and adequately instruct, train and supervise the work of their agents, servants and/or employees;

h) failing to warn the Plaintiff's Insured that the sprinkler system was insufficient to contain, control or extinguish a fire originating in the roof area of the Subject Premises;

i) failing to discover and correct the deficiencies in the sprinkler system during numerous inspections of the property between the time the sprinkler system was installed and the time of the fire;

j) failing to install sprinklers in the area where the fire originated; and

k) otherwise failing to use due care under the circumstances.

14. As a direct and proximate result of the foregoing, the Plaintiff's Insured sustained damages as aforesaid, for which the Defendant Wetherell is liable to the Plaintiff.

WHEREFORE, Plaintiff National Fire Insurance Company of Hartford demands judgment against Defendant Wetherell in an amount in excess of $7,000,000.00, together with the costs of this action and such other relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

BY: _____
Stuart G. Blackburn, Esq.  ct00686
Law Offices of Stuart G. Blackburn
P.O. Box 608, 2 Concorde Way
Windsor Locks, CT  06096-0608
Phone: (860) 292-1116
Fax:    (860) 292-1221
sgblackburn@sbcglobal.net

OF COUNSEL:

COZEN O'CONNOR
Mark T. Mullen, Esquire
1900 Market Street
Philadelphia, PA 19103
Tel.: 215-665-2091
Fax: 215-665-2013
mmullen@cozen.com

DATED:     SEPTEMBER 23, 2010